UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSALINDA M. ADDISON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS, et al., <br><br> Defendants. | 2:10-cv-1304-LDG-PAL <br><br> **ORDER** |

Good cause appearing,

THE COURT HEREBY ORDERS that the temporary restraining order issued by the state court before removal of this action is extended until the determination of the motion for preliminary injunction (#30).

THE COURT FURTHER ORDERS that within fifteen (15) days of this order, defendants shall file a status report regarding foreclosure moratoria that may affect this litigation.

Dated this 20 day of October, 2010.

_____
Lloyd D. George
United States District Judge